IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 91-00921 ACK (01) |
| Plaintiff, | ) | |
| vs. | ) | |
| DENNIS J. SITTMAN, (01) | ) | |
| Defendant. | ) | |

## ORDER ADOPTING AS MODIFIED MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

The magistrate judge's "Findings and Recommendation on Criminal Justice Act Compensation Claim" ("F&R") were filed and served on all parties on July 12, 2011. Doc. No. 178. Although no objections have been filed by any party, on August 8, 2011, Jack Schweigert, Esq., filed a declaration stating that his original CJA claim had failed to include .7 of an hour for time spent in this Court on May 2, 2011. Doc. No. 179; see also Doc. No. 175. Schweigert requests that the Court incorporate an additional $87.50 into his previous CJA request and authorize a total payment of $987.50.

For good cause shown, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the F&R are adopted as the opinion and order of this Court with the modification that a total payment of $987.50 is authorized.

IT IS SO ORDERED.

Dated: Honolulu, Hawai'i, August 11, 2011.



_____
Alan C. Kay
Sr. United States District Judge

United States v. Dennis J. Sittman (01), Cr. No. 91-00921 ACK: Order Adopting As Modified Magistrate Judge's Findings and Recommendation.